AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
MAY – 2 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

Zachary Wade Sellers
*Petitioner*

v.

Case No. ~~417-335, 336, 337, 338~~
3:24cv245 TSL-ASH
*(Supplied by Clerk of Court)*

Scott CO. Detention Center
*Respondent*
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1. (a) Your full name: Zachary Wade Sellers
   (b) Other names you have used: _____

2. Place of confinement:
   (a) Name of institution: Scott CO. Detention center
   (b) Address: 531 Airport RD. Forest, MS 39074
   (c) Your identification number: 35-41-3

3. Are you currently being held on orders by:
   ☐ Federal authorities   ☒ State authorities   ☐ Other - explain:

4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: _____
   (b) Docket number of criminal case: _____
   (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*: _____

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☒ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory
   maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Scott County Detehtion center

   (b) Docket number, case number, or opinion number: They refuse to give it to me per captian Thomson
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):
   Agg. Assult x2, shooting into a occupied dwelling, ~~mltusis mischitff~~ Malicious Mischief

   (d) Date of the decision or action: Have not been convicted

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes    ☒ No
   (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

   (b) If you answered "No," explain why you did not appeal: Have not been convicted

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes    ☒ No

(a) If "Yes," provide:
    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes  ☒ No
(a) If "Yes," provide:
    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes  ☒ No
If "Yes," answer the following:
(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
    ☐ Yes  ☒ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____
_____
_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes     ☒ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____
_____
_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____
_____
_____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes     ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes     ☐ No

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

_____

_____

_____

(d)   Did you appeal the decision to the United States Court of Appeals?
☐ Yes    ☒ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____

_____

12.   **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes    ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

_____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

_____

_____

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** They charged me with ~~Aggra~~ Aggravated Assault x2

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I did not put my hand on anyone or cause physical harm to anyone. My Affidavit has my name spelled Zachary Sellery, And is dated March the 3rd, And Sworn to be subscribed ~~A~~ April 3rd And has Not been Signd by a judge. See Atachment.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND TWO:** Shooting into a occupied dwelling

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I didn't have a fire-arm, I cain't own one, and they didn't recover one from my possission. My Affidavit has my name miss spelled Zachary Seller, And is dated March the 3rd, Sworn to be subscribed April 3rd And has Not been Signd by a judge. See Atachment

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND THREE:** ~~malicious~~ Malicious Mischief

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I plead Guilty to that because I did stab a tire when they tried to run me over. My name is miss spelled Zachary Seller on my Affidavit. It has Not been signd by a judge, And is dated March the 3rd, Sworn to be subscribed April 3rd See Atachment.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☒ No

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** They charged me with Aggravated Assault x2

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I did not put my hand on anyone or cause physical harm to anyone. My Affidavit has my name spelled Zachary Seller, And is dated March the 3rd, And Sworn to be subscribed April 3rd And has Not been Signd by a judge. See Atachment.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND TWO:** Shooting into a occupied dwelling

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I didn't have a fire-arm, I caint own one, and they didn't recover one from my possission. My Affidavit has my name miss spelled Zachary Seller, And is dated March the 3rd, Sworn to be subscribed April 3rd And has Not been Signd by a judge. see Atachment

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND THREE:** ~~malicious~~ Malicious Mischief

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I plead Guilty to that because I did stab a tire when they tried to run me over. My name is miss spelled Zachary Seller on my Affidavit. It has Not been signd by a judge, And is dated March the 3rd, Sworn to be subscribed April 3rd See Atachment.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: N/A

### Request for Relief

15. State exactly what you want the court to do: Apoint me a lawyer, Because Scott County has faild to do so. Drop all charges. $475 a day for everyday I have been falsely accused.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: _____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 4-30-24

_Signature of Petitioner_ (Zachary Sellers)

_Signature of Attorney or other authorized person, if any_